UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZEEV SAGI,

    Plaintiff,

v.

    Civil Case No. 16-10347
    Honorable Linda V. Parker

FREDRICK K. KUBIK,

    Defendant.
_____/

# ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)

On December 18, 2017, this Court issued an order directing Plaintiff to respond by January 2, 2018, indicating whether he intends to proceed with this litigation following the death of Defendant. (ECF No. 20.) In the order, the Court warned Plaintiff that failure to respond by the deadline "may result in the involuntary dismissal of this action without prejudice and without further notice." (*Id*. at Pg ID 258.) As of today's date, Plaintiff has not responded to the order.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and this action is **CLOSED**.

Dated: January 9, 2018　　　　　　　s/Linda V. Parker
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 9, 2018, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                  Acting in the absence of Richard Loury
                                                  Case Manager